IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

TIMOTHY DAVID WILLIAMS                                                                   PLAINTIFF

v.                                        Case No. 6:24-cv-6092

WALTER WHITE, *et al.*                                                                  DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed October 15, 2024, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. ECF No. 23. Judge Comstock recommends that Plaintiff's complaint (ECF No. 2) be dismissed without prejudice and that his Motion to Stay (ECF No. 21) be denied as moot. Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, upon review, the Court adopts the Report and Recommendation (ECF No. 23) *in toto*. Accordingly, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**, and his Motion to Stay (ECF No. 21) is **DENIED AS MOOT**.

**IT IS SO ORDERED**, this 7th day of November, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge